UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES KING,<br><br>   Defendant. | Case No. 24-CR-37 (DLF) |

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

**I.    Summary of the Plea Agreement**

Defendant Charles King agrees to admit guilt and enter a plea of guilty to Count One of the Information, charging him with Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of D.C. Code § 22-4503(a)(1).

**II.    Penalties**

The penalties for Count One for Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of D.C. Code § 22-4503(a)(1), are:

(A)    a term of imprisonment not more than 15 years;

(B)    a mandatory minimum sentence of 3 years of imprisonment;

(C)    a fine not to exceed $37,500;

(D)    a term of supervised release of not more than three years; and

(E)    a special assessment of $100.

1

## II. Elements of the Offense

To prove that the defendant is guilty of Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, the Government must prove the following beyond a reasonable doubt:

1. That the defendant possessed a firearm;
2. That he did so voluntarily and on purpose, and not by mistake or accident;
3. At the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment of term exceeding one year; and
4. At the time the defendant possessed the firearm, he knew he had been convicted of a crime punishable by imprisonment of term exceeding one year.

## III. Proffer of Evidence

The following Statement of Offense does not purport to include all of the defendant's illegal conduct. It is intended to represent sufficient information for the Court to find a factual basis for accepting the defendant's guilty plea.

Had this case proceeded to trial, the government's evidence would have established the following beyond a reasonable doubt:

On January 5, 2024, members of MPD's Robbery Suppression Unit (RSU) were at the intersection of 13th Street and Marion Barry Avenue, Southeast, Washington, D.C. when they observed Defendant Charles King in the area. After he began running away from the officers, King threw a loaded .40 caliber semi-automatic Taurus model PT140 Pro (SN# SCM64965), on the asphalt in front of him, where it was later recovered. The recovered firearm was loaded with one round in the chamber and nine rounds in the magazine. As there are no firearms or ammunition manufacturers in Washington, D.C. the firearm and ammunition travelled from out of state.

On June 6, 2016, King was convicted of Burglary One While Armed with a Pistol in D.C. Superior Court case number 2015-CF3-010954. This crime is punishable by more than one year of incarceration. The defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year of incarceration.

        Respectfully submitted,

        /s/ *Jared English*
        Jared English
        Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read the foregoing statement of offense, and I have discussed it fully with my attorney, Dwight Crawley. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 6/9/2024

Charles King
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read every page constituting the government's statement of offense related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 6/9/2024

Dwight Crawley, Esq.
Attorney for Defendant